WILLIAM J. GOINES (SBN 61290)
CINDY HAMILTON (217951)
KAREN ROSENTHAL (SBN 209419)
GREENBERG TAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA  94303-2283
Telephone:  (650) 328-8500
Facsimile:  (650) 328-8508

Attorneys for Defendant LF2 Rock Creek LP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST BUY STORES, L.P.,<br><br>    Plaintiff,<br><br>v.<br><br>LF2 ROCK CREEK LP,<br><br>    Defendant. | Case No. 2:13-CV-00433-MCE-AC<br><br>**ORDER GRANTING DEFENDANT LF2 ROCK CREEK LP'S REQUEST TO SEAL EXHIBITS TO THE DECLARATION OF KAREN ROSENTHAL IN SUPPORT OF DEFENDANT LF2 ROCK CREEK LP'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       May 29, 2014<br>Time:      2:00 PM<br>Dept:       Courtroom 7, 14th Floor<br>Judge:     Hon. Morrison C. England, Jr.<br><br>Complaint Filed:  March 5, 2013<br>Trial Date:  None |

This matter is before the Court on Defendant LF2 Rock Creek LP's Request to Seal Exhibits A, C, D, and H to the Declaration of Karen Rosenthal in Support of LF2 Rock Creek LP's Motion for Summary Judgment. See ECF No. 11.  The Request to Seal Documents is GRANTED.

IT IS SO ORDERED.

Dated:  April 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1