```
WILLIAM J. GOINES (SBN 61290)
CINDY HAMILTON (217951)
KAREN ROSENTHAL (SBN 209419)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, CA  94303-2283
Telephone:  (650) 328-8500
Facsimile:  (650) 328-8508
```

Attorneys for Defendant LF2 Rock Creek LP

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST BUY STORES, L.P.,<br><br>    Plaintiff,<br><br>v.<br><br>LF2 ROCK CREEK LP,<br><br>    Defendant. | Case No. 2:13-CV-00433-MCE-AC<br><br>**ORDER GRANTING DEFENDANT LF2 ROCK CREEK LP'S REQUEST TO SEAL EXHIBIT A TO THE DECLARATION OF MORGAN BARTZ IN SUPPORT OF DEFENDANT LF2 ROCK CREEK LP'S REPLY AND OPPOSITION TO BEST BUY STORES, LP'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    August 21, 2014<br>Time:    2:00 PM<br>Dept:    Courtroom 7, 14th Floor<br>Judge:  Hon. Morrison C. England, Jr. |

## ORDER

This matter is before the Court on Defendant LF2 Rock Creek LP's Request to Seal Exhibit A to the Declaration of Morgan Bartz in Support of LF2 Rock Creek LP's Reply and Opposition to Best Buy Stores, LP's Cross-Motion for Summary Judgment. See ECF No. 20. After reviewing all briefing filed with the Court on the instant Request, and as good cause has been demonstrated to maintain the confidential nature of the documents at issue, the Request to Seal Documents is GRANTED.

IT IS SO ORDERED.

Dated:  August 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT