# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST BUY STORES, L.P., | Case No. 2:13-CV-00433-MCE-AC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES IN PRETRIAL SCHEDULING ORDER** |
| v. | |
| LF2 ROCK CREEK LP, | |
| Defendant. | |
| | Complaint Filed:     March 5, 2013 |
| | Trial Date:             July 13, 2015 |

Plaintiff BEST BUY STORES, L.P., and Defendant LF2 ROCK CREEK LP (collectively, the "Parties"), by and through their respective undersigned counsel and subject to this Court's approval, hereby stipulate and agree and request the approval of the Court to continue the fact and expert witness disclosure deadlines (currently set for October 10, 2014 and December 11, 2014, respectively) for an additional one and half months as set forth below.

1.    December 18, 2014:  Fact discovery cut off for the limited purpose of taking the deposition of Best Buy's Rule 30(b)(6) designee(s) pursuant to the deposition notice already served by Defendant.

2.    January 12, 2015:  Initial expert witness disclosures.

The Court is requested to approve these extensions on the following bases:

1) The Parties both await results from their respective Motions for Summary Judgment, and as a result previously continued the discovery deadline to postpone the depositions of 30(b)(6) and other witnesses in the event that a ruling on the pending motions obviated the need for those

depositions.  Those depositions have been taken other than the deposition of Best Buy's Rule 30(b)(6) designee(s) pursuant to the deposition notice served by Defendant, and scheduling conflicts have arisen (including because of the out-of state travel required to take the deposition(s)) such that there is not a mutually available date on which to complete the 30(b)(6) designee's(s') deposition before the current fact discovery cut-off.

2) Due to scheduled November and December trials of both Parties' counsel and the availability of Best Buy's Vice President of Real Estate Pat Matre, the first available mutually agreeable date for his deposition is December 16, 2014, in Minneapolis, Minnesota.

3) The requested extensions do not impact any other deadlines set forth in the Court's Pretrial Scheduling Order.

4) Only one previous extension has been requested by the Parties to the Court.

5) Trial is not set until July 13, 2015.

IT IS HEREBY STIPULATED and the parties request that the following deadlines be extended by approximately two months, with the new deadlines set forth below:

1.     December 18, 2014: Fact discovery cut off for the limited purpose of taking the deposition of Best Buy's Rule 30(b)(6) designee(s) pursuant to the deposition notice already served by Defendant.

2.     January 12, 2015:  Initial expert witness disclosures.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION AND ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES IN PRETRIAL
SCHEDULING ORDER                                                Case No. 2:13-CV-00433-MCE-AC

1   DATED: October ___, 2014      ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2

3                           By: ___/s/ Michael A. Geibelson_____
                                Michael A. Geibelson, Esq.

4

5                           Attorneys for Plaintiff Best Buy Stores, L.P.

   DATED: October ___, 2014      GREENBERG TRAURIG, LLP

6

7                           By: ___/s/ Cindy Hamilton_____
                                William J. Goines

8                                Cindy Hamilton
                                Alice Y. Chu

9

10                        Attorneys for Defendant LF2 Rock Creek LP

11

12                                  **ORDER**

13     IT IS SO ORDERED.

14   Dated:  October 14, 2014

15

16

17           MORRISON C. ENGLAND, JR., CHIEF JUDGE
           UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES IN PRETRIAL
SCHEDULING ORDER                                  Case No. 2:13-CV-00433-MCE-AC