**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEST BUY STORES, L.P., | Case No. 2:13-CV-00433-MCE-AC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES IN PRETRIAL SCHEDULING ORDER** |
| v. | |
| LF2 ROCK CREEK LP, | |
| Defendant. | |
| | Complaint Filed:    March 5, 2013 |
| | Trial Date:         July 13, 2015 |

Plaintiff BEST BUY STORES, L.P., and Defendant LF2 ROCK CREEK LP (collectively, the "Parties"), by and through their respective undersigned counsel and subject to this Court's approval, hereby stipulate and agree and request the approval of the Court to continue the fact and expert witness disclosure deadlines (currently set for December 18, 2014 and January 12, 2015, respectively) for an approximately one month as set forth below.

1.    February 1, 2015:  Fact discovery cut off for the limited purpose of taking the deposition of Best Buy's Rule 30(b)(6) designee(s) pursuant to the deposition notice already served by Defendant.

2.    February 20, 2015:  Initial expert witness disclosures.

The Court is requested to approve these extensions on the following bases:

1)    Having received the Court's Order on the Parties respective Motions for Summary Judgment that resolved at least one issue in the case, the Parties intend to privately mediate the matter before incurring additional expense related to fact and expert discovery and to postpone the

depositions of 30(b)(6) witness and the expert disclosure deadline.

2) Due to holiday schedules and a December trial of LF2 Rock Creek's counsel, mediation cannot proceed until January 2015.

3) The requested extensions do not impact any other deadlines set forth in the Court's Pretrial Scheduling Order.

4) Two previous extensions have been requested by the Parties to the Court.

5) Trial is not set until July 13, 2015.

IT IS HEREBY STIPULATED and the parties request that the following deadlines be extended by approximately one month, with the new deadlines set forth below:

1.    February 1, 2015: Fact discovery cut off for the limited purpose of taking the deposition of Best Buy's Rule 30(b)(6) designee(s) pursuant to the deposition notice already served by Defendant.

2.    February 20, 2015:  Initial expert witness disclosures.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES IN PRETRIAL
SCHEDULING ORDER                                                                  Case No. 2:13-CV-00433-MCE-AC

1 | DATED: <u>November 26,</u> 2014      ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2

3      By:    <u>/s/ Michael A. Geibelson</u>
         Michael A. Geibelson, Esq.

4      Attorneys for Plaintiff Best Buy Stores, L.P.

5

6 | DATED: <u>November 26,</u> 2014      GREENBERG TRAURIG, LLP

7

8      By:   <u>/s/ Cindy Hamilton</u>
         William J. Goines

9          Cindy Hamilton
         Alice Y. Chu

10

11      Attorneys for Defendant LF2 Rock Creek LP

12

13

14                    **<u>ORDER</u>**

15

16     IT IS SO ORDERED.

17 Dated: December 5, 2014

18

19

20 MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES IN PRETRIAL
SCHEDULING ORDER                              Case No. 2:13-CV-00433-MCE-AC