# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST BUY STORES, L.P., | Case No. 2:13-CV-00433-MCE-AC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES IN PRETRIAL SCHEDULING ORDER** |
| v. | |
| LF2 ROCK CREEK LP, | |
| Defendant. | |
| | Complaint Filed:   March 5, 2013 |
| | Trial Date:        July 13, 2015 |

Plaintiff BEST BUY STORES, L.P., and Defendant LF2 ROCK CREEK LP (collectively, the "Parties"), by and through their respective undersigned counsel and subject to this Court's approval, hereby stipulate and agree and request the approval of the Court to continue the fact and expert witness disclosure deadlines (currently set for February 1, 2015 and February 20, 2015, respectively) for an approximately one month as set forth below.

1.   March 30, 2015:  Fact discovery cut off for the limited purpose of taking the deposition of Best Buy's Rule 30(b)(6) designee(s) pursuant to the deposition notice already served by Defendant.

2.   April 15, 2015:  Initial expert witness disclosures.

The Court is requested to approve these extensions on the following bases:

1

STIPULATION AND ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES IN PRETRIAL
SCHEDULING ORDER                                                    Case No. 2:13-CV-00433-MCE-AC

1) Having received the Court's Order on the Parties respective Motions for Summary Judgment that resolved at least one issue in the case, the Parties are schedule for mediation before Judge Kleinberg of JAMS on February 10, and wish to complete mediation before incurring additional expense related to fact and expert discovery and to postpone the depositions of 30(b)(6) witness and the expert disclosure deadline.

2) The requested extensions do not impact any other deadlines set forth in the Court's Pretrial Scheduling Order.

3) Four previous extensions have been requested by the Parties to the Court.

4) Trial is not set until July 13, 2015.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION AND ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES IN PRETRIAL
SCHEDULING ORDER                                                    Case No. 2:13-CV-00433-MCE-AC

1    IT IS HEREBY STIPULATED and the parties request that the following deadlines be extended

2  by approximately one month, with the new deadlines set forth below:

3        1.        March 30, 2015: Fact discovery cut off for the limited purpose of taking the deposition of

4                  Best Buy's Rule 30(b)(6) designee(s) pursuant to the deposition notice already served by

5                  Defendant.

6        2.        April 15, 2015:  Initial expert witness disclosures.

7

8  DATED:  January 30, 2015                    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

9
                                              By: /s/ Michael A. Geibelson (as authorized on 1/30/2015
10                                                  Michael A. Geibelson, Esq.

11                                            Attorneys for Plaintiff Best Buy Stores, L.P.

12

13 DATED:  January 30, 2015                    GREENBERG TRAURIG, LLP

14
                                              By:    /s/ Cindy Hamilton
15                                                  William J. Goines
                                                   Cindy Hamilton
16                                                 Alice Y. Chu

17                                            Attorneys for Defendant LF2 Rock Creek LP

18

19                                      **<u>ORDER</u>**

20

21        PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

22  Dated:  February 13, 2015

23

24                                            _____
                                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
25                                            UNITED STATES DISTRICT COURT

26

27

28

STIPULATION AND ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES IN PRETRIAL
SCHEDULING ORDER                                            Case No. 2:13-CV-00433-MCE-AC