ROBINS KAPLAN LLP
Michael A. Geibelson, Bar No. 179970
MAGeibelson@rkmc.com
Jill S. Casselman, Bar No. 266085
JSCasselman@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

Attorneys for Plaintiff
BEST BUY STORES, L.P.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| BEST BUY STORES, L.P. | Case No. 2:13-CV-00433-MCE-AC |
|---|---|
| Plaintiff, | **ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| v. | |
| LF2 ROCK CREEK LP, | |
| Defendant. | |

TO ALL INTERESTED PERSONS AND PARTIES:

Having reviewed and considered the Stipulation of the parties pursuant to Federal Rule of Civil Procedure 41(a), this action is hereby dismissed with prejudice, in its entirety, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.
Dated: April 1, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

61002790.1 — - 1 - — ORDER ON STIPULATION FOR DISMISSAL